IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN R ACHURRA,

    Petitioner,

v.                                      CASE NO. 4:10-cv-00564-MP -GRJ

LEON COUNTY DETENTION CENTER, STATE OF FLORIDA,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that this petition under 28 U.S.C. § 2254 be dismissed for failing to exhaust state remedies. The Report and Recommendation was returned undeliverable, and Petitioner has not updated the Court with his current address. Additionally, it is clear that the conviction that Petitioner is challenging is also on direct appeal in the state courts. Therefore, he has not completely exhausted his state remedies. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    The petition is dismissed for failure to exhaust state remedies.

**DONE AND ORDERED** this *1st* day of February, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge